*Nicoletti Hornig & Sweeney*

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
GENERAL@NICOLETTIHORNIG.COM
WWW.NICOLETTIHORNIG.COM

July 28, 2021

**VIA ECF**

The Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

The Honorable James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**RE:** *Schenker, Inc. v. American Blast Systems, Inc.*
2:20cv05731 (JS)(ST)
NH&S file: 20000266 NN/VW

Dear Judge Seybert and Judge Wicks:

We represent Plaintiff Schenker, Inc. ("Schenker") in the above referenced action. We write on behalf of both parties to advise the Court that the parties have reached a settlement in principle in this matter. We expect to finalize the settlement and file a stipulation of dismissal within the next 30 days. Accordingly, we respectfully request that the status conference scheduled for July 29th at 10:30am be canceled.

We thank the Court for its time and attention to this matter. Please do not hesitate to contact the undersigned with any questions or comments.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: _____

Val Wamser

**CC VIA ECF:**

All Counsel of Record via ECF