IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

SCHENKER, INC.,

    Plaintiff,

– against –

AMERICAN BLAST SYSTEMS, INC.,

    Defendant.

---

Case No. 2:20-CV-05731

**ORDER re:
STIPULATION
OF DISMISSAL
PURSUANT TO
FRCP 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that the above-captioned action, including all claims and cross-claims asserted therein, is dismissed **with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure without costs or attorney's fees.

Dated: November 11, 2021
   New York, New York

| NICOLETTI HORNIG & SWEENEY | BARCLAY DAMON, LLP |
|---|---|
| By: _____ | By: _____ |
| Val Wamser, Esq. | Robert K. Gross, Esq. |
| 88 Pine Street, 7th Floor | 1270 Avenue of the Americas, Suite 501 |
| New York, New York 10005 | New York, New York 10020 |
| (212) 220-3846 | 212-784-5800 |
| vwamser@nicolettihornig.com | rgross@barclaydamon.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Schenker, Inc.* | *American Blast Systems, Inc.* |

The Clerk of Court is directed to close this case. **SO ORDERED** this 13th day of January 2022 at Central Islip, New York.

            /s/ JOANNA SEYBERT
            Joanna Seybert, U.S. District Judge, EDNY